

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-15-00013-CR |
| HECTOR MACIAS, | § | Appeal from the |
| Appellant. | § | County Criminal Court No. 4 |
| | § | of El Paso County, Texas |
| | § | (TC# 20110C03140) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**July 21, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before July 21, 2015.

IT IS SO ORDERED this 23rd day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.